In the Matter of the Estate of CLARA ZACOUM, Deceased. ANTHONY MANGO, Appellant; NORMAN SCHLOSBERG, as Temporary Administrator of the Estate of CLARA ZACOUM, Deceased, Respondent.— Motion to prosecute appeal on an abridged record denied, without prejudice to settlement of a case or bill of exceptions in accordance with the relevant practice provisions. (Civ. Prac. Act, §§ 575, 576; Rules Civ. Prac., rules 232, 234.) It should be noted that these practice provisions require that the record, whether it includes a case or bill of exceptions, shall contain only so much of the evidence, so much of the proceedings and such portions of the judgment roll as are material to the questions to be raised on the appeal. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ.

■

WILLIAM PENNINGTON, Appellant, v. JOSEPH PONZINI et al., Respondents.— Motion for leave to appeal to the Appellate Division and for other relief denied, without costs. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Murphy, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ASHER MARCUS, Appellant.— Motion to enlarge time denied. Motion for stay denied. The order is not appealable. (Code Crim. Pro., § 517.) Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS McGOLD-RICK, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. Motion for reargument granted and reargument of appeal set down for the October term. Reargument has been ordered by reason of the facts stated in the moving affidavits, which appellant does not deny. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See *ante,* p. 948.]

■

BEATRICE M. SORENSON, Respondent, v. WILLIAM H. SORENSON, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Beldock and Murphy, JJ. [See *ante,* p. 959.]